In the Matter of HENRY A. WITTEKIND et al., as Members of the Fire Department of the City of New York, Respondents, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.

WILLIAM F. McDONALD et al., Interveners, Appellants.

Argued September 27, 1939; decided October 17, 1939.

702

*William C. Chanler,* *Corporation Counsel* (*Samuel J. Silverman* of counsel), for Municipal Civil Service Commission et al., appellants.

*Gabriel Rubino* for William F. McDonald et al., interveners, appellants.

*Louis L. Tetelman* for Chester Bond et al., *amici curiæ.*

*Albert De Roode* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.